■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD J. SIMARI, Appellant.— Motion granted to appeal on one certified copy of the judgment roll filed pursuant to section 485 of the Code of Criminal Procedure and the copy of the stenographic minutes of the entire proceedings of the trial certified by the stenographer and filed pursuant to section 456 of the Code of Criminal Procedure, and five typewritten copies of a brief, and Gordon R. Gross, Esq., of Buffalo, assigned as attorney to conduct appeal; time for argument of appeal enlarged to include September 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARNEST COLEMAN, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term; appellant directed to file and serve typewritten briefs on or before August 10, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AHMED KASSIM, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term; appellant directed to file and serve typewritten briefs on or before August 10, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD KUZEWICZ, JR., Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., and time for argument of appeal enlarged to include September 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL MILLER, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., Lee Towne Adams, Esq. assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include September 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT A. NEVEROSKY, Appellant.— Motion to reargue motion to appeal as poor person etc., denied; time for filing and serving printed records and briefs on appeal and for argument of appeal enlarged to include November 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEON PAUL, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., and Joseph B. Gilbert, Esq., of Canandaigua, assigned as attorney to conduct appeal; time for argument of appeal enlarged to include September Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMIE LEE PAUL, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., and William G. Scott, Esq., of Canandaigua, assigned as attorney to conduct appeal; time for argument of appeal enlarged to include September Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM AMATO, Appellant.— Motion granted to appeal on original papers, typewritten briefs, time for argument of appeal enlarged to include September term and Abraham Ziegler, Esq. assigned as counsel.